IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>SAM'S EAST, INC. and WALMART INC.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:25-cv-00222-SCJ |

## ORDER

Having entered a Consent Decree in the above-referenced civil action on August 28, 2025 (Doc. No. [21]), which was in full and complete settlement of any and all claims arising out of or asserted in the instant Civil Action and resolves all matters in controversy between the Parties, the Clerk is **DIRECTED** to administratively terminate this civil action from the Court's pending cases list.

**IT IS SO ORDERED** this 13th day of January, 2026.

_____
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**